# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

Leonard Begay,      )         No.: A-CV-18-77
                           )
         Plaintiff-Appellant )
                           )       ORDER DISMISSING APPEAL
vs.                  )
                           )
Frank Blackhorse,      )
                           )
         Defendant-Appellee. )
                           )

---

The Appeal in the above-entitled matter, filed the 19th day of September, 1977, having been received and considered by the Chief Justice pursuant to 7 N.T.C. Section 451, the Court finds:

1. That the brief was not timely filed;

2. That the document of September 19, 1977, is not a brief. Counsel for appellant is referred to Black's Law Dictionary for the definition of a brief.

Therefore, the appeal the above-entitled matter is DISMISSED.

The Stay of Execution, entered the 21st day of September, 1977, is hereby VACATED.

Dated this 17th day of October, 1977.


Virgil L. Kirk, Sr.

Chief Justice of the Navajo Nation